Name  Christopher M Jones

Street Address  811 W El Dorado dr

City and County  Woodland Ca  Yolo County

State and Zip Code  Ca 95695

Telephone Number  530 407-1015

FILED

OCT 14 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Christopher M Jones
Chris Moves

_____

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**-against-**

At & t Inc

_____

_____

_____

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. 2-25-CV-2952 DAD CKD CPS

(to be filled in by the Clerk's Office)

Jury Trial:   ☒ Yes   ☐ No
        (check one)

I.     The Parties to This Complaint

A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Christopher M Jones / Chris Moves
Street Address    811 W. EL Dorado dr
City and County   Woodland Ca 95695 Yolo County
State and Zip Code Ca 95695
Telephone Number  530 407 1015

B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name                At&t Inc
Job or Title        Corporation
(if known)
Street Address      208 S. Akard st
City and County     Dallas
State and Zip Code  Texas 75202
Telephone Number    1-800-331-0500

Defendant No. 2
Name                _____
Job or Title        _____
(if known)
Street Address      _____
City and County     _____
State and Zip Code  _____
Telephone Number    _____

2

Defendant No. 3

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

Defendant No. 4

    Name _____

    Job or Title _____
    (if known)

    Street Address _____

    City and County _____

    State and Zip Code _____

    Telephone Number _____

## II.    Basis for Jurisdiction

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

    ☒ Federal question           ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**     **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(FTC) Federal Trade Commission Act )
15 U.S. Code 45 Unfair methods of Competition
unlawful ) (ECPA) Electronic Communication Privacy act )

**B.**     **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.     The Plaintiff(s)

       a.     If the plaintiff is an individual

The plaintiff, *(name)* Chris Jones , is a citizen of the State of *(name)* California .

       b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.     The Defendant(s)

       a.     If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* A t i t Inc . is
incorporated under the laws of the State of *(name)*
Texas , and has its principal place of
business in the State of *(name)* Texas . *Or* is
incorporated under the laws of *(foreign nation)*
, and has its principal place of
business in *(name)* .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

$11,000,000 - $13,000,000 Plaintiff
Suffered four consecutive years off documented
data breaches which led to substantial business loss.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought. State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct. If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph. Attach
additional pages if needed.

1 (Negligence) Defendant failed to implement Reasonable cyber security
measures)    2.(Breach of Contract)defendant failed
to uphold contractual duties to safegaurd sensitive business data
3 (Invasion of Privacy) text messages, Phone calls and business data
was exposed leading to wrongful intrusion.
4. (Unjust enrichment) for two plus years they changed me
monthly for services but failed to notify me when the Breach
Took Place.

IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

① Service disruptions which led to loss of Business opportunitie_
② Reputational harm defendants failures made ❿ Plaintiff's business appear negligent and unresponsive.
③ Emotional distress Plaintiff endured extreme stress, anxiety and reputational humiliation from four years of failures and Client loss.

V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/11 , 20 25

Signature of Plaintiff

Printed Name of Plaintiff    Christopher M Jones

6