Kimberly S. Morris (SBN 249933)
**BAKER & HOSTETLER LLP**
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Email: kmorris@bakerlaw.com

Kyle T. Cutts (SBN 257641)
**BAKER & HOSTETLER LLP**
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216.861.7576
Facsimile: 216.696.0740
Email: kcutts@bakerlaw.com

*Attorneys for Defendant*
AT&T INC.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER M. JONES, | CASE NO. 2:25-CV-02952-DAD-CKD |
| Plaintiff, | **ORDER GRANTING AT&T INC.'S EX PARTE APPLICATION FOR STAY** |
| v. | |
| AT&T INC., | |
| Defendant. | |

The Court has read and considered the ex parte application of Defendant AT&T Inc. for a stay of all deadlines, including the deadline to respond to Plaintiff's Complaint and Motion for Summary Judgment, pending a decision by the JPML on transfer of this case to MDL 3126. For good cause shown, IT IS HEREBY ORDERED THAT:

1. AT&T's ex parte application (ECF No. 13) is GRANTED; and

2. All deadlines are hereby stayed pending the JPML's transfer decision.

Dated: November 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE